1  MICHAEL STEPANIAN, SBN 037712
   Attorney at Law
2  819 Eddy Street
   San Francisco, California 94109
3  Telephone:  (415) 771-6174
   Facsimile:   (415) 474-3748
4  Email:  mstepanian@sbcglobal.net

5  Attorney for Defendant
   NICK BOVIS
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA,           ) Case No.: CR 20-00204 WHO
   |                                     )
12 |         Plaintiff,                  ) **STIPULATION AND [PROPOSED]**
   |                                     ) **ORDER TO VACATE AND RESET**
13 |     vs.                             ) **STATUS HEARING RE SENTENCING**
   |                                     )
14 | NICK BOVIS,                         )
   |                                     )
15 |         Defendant.                  )
   |                                     )
16 |  _____)

17
        IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian and
18
   Gilbert Eisenberg, counsel for Defendant NICK BOVIS, and DAVID WARD, Assistant United
19
   States Attorney, that the status hearing currently set for Thursday, March 16, 2023, be continued
20
   until Thursday, June 15, 2023, at 1:30 p.m. for a status hearing regarding sentencing.
21
        Mr. Bovis has agreed to cooperate with the government and to request continuances of
22
   his sentencing date, as necessary, until his cooperation is completed.  Mr. Bovis' cooperation is
23
   ongoing.  At the status hearing on June 15, 2023, the parties will be prepared to discuss with the
24
   Court whether the matter should be set for sentencing or continued for another status hearing.
25

**STIPULATION AND [PROPOSED] ORDER**                                                          1-

DATED: March 9, 2023

/s/
MICHAEL STEPANIAN
GILBERT EISENBERG
Counsel for Defendant Nick Bovis

DATED: March 9, 2023

STEPHANIE M. HINDS
United States Attorney

*/s/ w/ Permission*
DAVID J. WARD
Assistant United States Attorney

[PROPOSED] ORDER

On stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing scheduled for March 16, 2023, is vacated, and the parties are ordered to appear on June 15, 2023, at 1:30 p.m. for a status hearing regarding sentencing.

**IT IS SO ORDERED**.

DATED:

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE