UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


**CRIMINAL MINUTES**

**Date:**  June 15, 2023          **Time:**  5 minutes          **Judge:**  WILLIAM H. ORRICK
                                   2:54 p.m. to 2:59 p.m.

**Case No.**:  20-cr-00204-WHO-2    **Case Name:** UNITED STATES v. Bovis


**Attorney for Plaintiff:**    David Ward
**Attorneys for Defendant:**   Michael Stepanian and Gilbert Eisenberg
                               Defendant **Nick James Bovis** – present (by video), on bond

**Deputy Clerk:** Jean Davis                    **Reported by:** Ana Dub
**Interpreter:** n/a                            **Probation Officer:** n/a


**PROCEEDINGS**


Status Conference re: sentencing conducted via videoconference. Counsel request that sentencing be set in early November, with the possibility that the date may need to be extended to allow for Mr. Bovis's co-defendant to be sentenced.

**CASE CONTINUED TO:   November 2, 2023 at 1:30 p.m. for Sentencing**.